AO 455(Rev. 5/85) Waiver of Indictment

MAY 13 2008

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE RODRIGUEZ-PARRA

WAIVER OF INDICTMENT

08cr1540-JM

CASE NUMBER: 08-MJ-1161

I, JOSE RODRIGUEZ-PARRA, the above named defendant, who is accused of Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Manufacture Marijuana; being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 13, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before

JUDICIAL OFFICER

wvr Swift-Kennedy MJ Grow.wpd