**NANCY BRYN ROSENFELD**
California State Bar # 99108
1168 Union Street, Suite 303
San Diego, California 92101
Telephone: (619) 234-3616

Attorney for Defendant
**RUDY TIJERINA, JR.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RUDY TIJERINA Defendant. | Case No 08 cr 1540-JM **CERTIFICATE OF SERVICE** |

1. I am a citizen of the United States and a resident of the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1168 Union Street, Suite 303, San Diego, California 92101.

2. I served the within **NOTICE OF MOTION AND MOTION FOR DISCOVERY,** by electronic filing to be transmitted by the Clerk to the United States Attorney's Office and counsel for codefendants in compliance with Electronic Case Service filing procedures.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of May, 2008 at San Diego, California.

S/ Nancy Bryn Rosenfeld