AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Swift et al.

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR1540

I, Jose Rodriquez-Parra, the above named defendant, who is accused of

conspiracy to manufacture a controlled substance, to wit: 100 and more marijuana plants, a Schedule I Controlled Substance in violation of 21, USC §§846 and 841(a)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 27, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judge

FILED
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd