FILED

JUN 27 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE RODRIGUEZ-PARRA (D9), Defendant. | Criminal Case No. 08-CR-1540 INFORMATION (Superseding) Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Manufacture Marijuana |

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including April 14, 2008, within the Southern District of California, defendant JORGE MORALES did conspire with THOMAS SWIFT and KEVIN KENNEDY, and with others known and unknown, to manufacture a controlled substance, to wit, 100 and more marijuana plants; and specifically: 991 marijuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

DATED: June 27, 2008.

KAREN P. HEWITT
United States Attorney

STEWART M. YOUNG
Assistant U.S. Attorney